UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

TRAVIS ROEMMELE,

        Plaintiff,

v.

VICTOR CRANDON,

        Defendant.

In Re:

CHRISTINE CRANDON
VICTOR CRANDON,

  Debtors

Case No.: __16-18967-JKS__

Adv. Pro. No.: __17-01205__

Chapter: __7__

Hearing Date: __June 27, 2017__

Judge: __John K. Sherwood__

## ADJOURNMENT REQUEST

1. I, __Scott A. Sears, Esq.__,

    ☒ am the attorney for: __Travis Roemmele__,

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: __Pre-Trial Hearing__

    Current hearing date and time: __June 27, 2017, 2:00 p.m.__

    New date requested: __July 18, 2017__

    Reason for adjournment request: __Defendant failed to respond to Plaintiff's Amended Complaint to Determine Dischargeability of Debt. Plaintiff requests an adjournment to prepare a request for entry of default.__

2. Consent to adjournment:

    ☐ I have the consent of all parties.    ☒ I do not have the consent of all parties (explain below):

    Defendant failed to respond to Plaintiff's Complaint.

I certify under penalty of perjury that the foregoing is true.

Date: June 21, 2017                                         /s/ Scott A. Sears, Esq.
                                                            Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing date:  7/18/2017 @ 2:00  pm    ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2