**CLEARY GIACOBBE ALFIERI JACOBS LLC**
169 Ramapo Valley Road
Upper Level 105
Oakland, New Jersey 07436
Tel: 973-845-6700
Fax: 201-644-7601
Scott A. Sears, Esq. (Attorney ID No. 164272015)
Attorneys for Creditor, Travis Roemmele

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>CHRISTINE CRANDON<br>VINCENT CRANDON,<br><br>          Debtors<br><br>TRAVIS ROEMMELE,<br><br>          Plaintiff,<br>v.<br><br>VINCENT CRANDON,<br><br>          Defendant. | : Case No.:       17-01205<br>: Lead Case No.: 16-34616<br>: Chapter:        7<br>:<br>: Judge:    John K. Sherwood<br>:<br>:<br>:  **REQUEST FOR ENTRY OF**<br>:          **DEFAULT**<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
|---|---|

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please enter upon the docket the default of the defendant,

**VINCENT CRANDON**

in the above-entitled action for failure to plead or otherwise defend as provided by the Rules of Civil Practice or by an Order of this Court.

                              CLEARY GIACOBBE ALFIERI JACOBS LLC
                              *Attorneys for Plaintiff, Travis Roemmele*

                              By: /s/ Scott A. Sears
Dated: June 29, 2017                Scott A. Sears