**CLEARY GIACOBBE ALFIERI JACOBS LLC**
169 Ramapo Valley Road
Upper Level 105
Oakland, New Jersey 07436
Tel: 973-845-6700
Fax: 201-644-7601
Scott A. Sears, Esq. (Attorney ID No. 164272015)
Attorneys for Creditor, Travis Roemmele

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>CHRISTINE CRANDON<br>VICTOR CRANDON,<br><br>      Debtors<br><br>TRAVIS ROEMMELE,<br><br>      Plaintiff,<br>v.<br><br>VINCENT CRANDON,<br><br>      Defendant. | Case No.:    17-01205<br>Lead Case No.: 16-34616<br>Chapter:    7<br><br>Judge:    John K. Sherwood<br><br><br>**CERTIFICATION FOR REQUEST FOR ENTRY OF DEFAULT** |

    1.    I, Scott A. Sears, Esq., am the attorney for the plaintiff in the above entitled action. I am fully familiar with the matters set forth herein. I make this certification in support of Plaintiff's request for the entry of default against VINCENT CRANDON.

    2.    On or about May 15, 2017, Plaintiff served Defendant, VINCENT CRANDON, with a copy of the Summons and Amended Complaint to Determine Dischargeability of Debt via regular and

certified mail, return receipt requested, at his last known address. (**Exhibit A attached hereto**).

3. The time within which Defendant may answer or otherwise move as to the Complaint has expired, and has not been extended. Defendant has not answered or otherwise moved in response to the Complaint.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                CLEARY GIACOBBE ALFIERI JACOBS LLC
                                *Attorneys for Plaintiff, Travis Roemmele*

                                By: /s/ Scott A. Sears
Dated: June 29, 2017                Scott A. Sears

2