# CLEARY | GIACOBBE | ALFIERI | JACOBS LLC

SCOTT A. SEARS, Associate
ssears@cgajlaw.com

Reply to: Oakland Office

May 15, 2017

**Via Certified and Regular Mail**
Vincent J. Crandon
14 James Brite Circle
Mahwah, NJ 07430

  Re: Travis Roemmele v. Victor Crandon
    Case No.: 17-01205
    Lead Case No.: 16-34616

Dear Mr. Crandon:

Enclosed please find a copy of the Summons and Amended Complaint filed on March 22, 2017, on behalf of the Plaintiff, Travis Roemmele.

Very truly yours,

Scott A. Sears
Enc.



---

169 Ramapo Valley Road
Upper Level 105
Oakland, NJ 07436
Tel 973 845-6700
Fax 201 644-7601

5 Ravine Drive
PO Box 533
Matawan, NJ 07747
Tel 732 583-7474
Fax 732 290-0753

www.cgajlaw.com