| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br> TRAVIS ROEMMELE, <br><br>   Plaintiff, <br> v. <br><br> VINCENT CRANDON, <br><br>   Defendant. | Case No.:       16-34616 <br> Adv. No.:       17-01205 |
| In Re: <br> CHRISTINE CRANDON <br> VICTOR CRANDON | Hearing Date:       7 <br> Judge:       John K. Sherwood |
| TRAVIS ROEMMELE, <br><br><br>                       Plaintiff(s) <br> v. <br>  VINCENT CRANDON, <br><br><br>                       Defendant(s) | |

**CAPTION OF ORDER**

      The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.