UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

TRAVIS ROEMMELE,

  Plaintiff,

v.

VINCENT CRANDON,

  Defendant.

In Re:
CHRISTINE CRANDON
VICTOR CRANDON

| | |
|---|---|
| Case No.: | 16-34616 |
| Adv. No.: | 17-01205 |
| Chapter: | 7 |
| Judge: | John K. Sherwood |

TRAVIS ROEMMELE,

                Plaintiff(s)

vs.

VINCENT CRANDON,

                Defendant(s)

## ENTRY OF DEFAULT

It appearing that the following defendant(s) failed to plead or otherwise defend in this proceeding as required by law:

VINCENT CRANDON

THEREFORE, default is entered against said defendant(s) as authorized by Fed. R. Bank. P. 7055.

Date: _____          _____

                                        JAMES J. WALDRON, Clerk

*rev.8/1/15*