UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Scott Sears
Cleary Giacobbe Alfieri Jacobs LLC
169 Ramapo Valley Road UL 105
Oakland, NJ 07436
973-845-6700
Fax : 201-845-6700

**FILED**
JEANNE A. NAUGHTON, CLERK
JUL - 6 2017
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

In Re:

Christine Crandon and Vincent J. Crandon

Travis Roemmele

                    Plaintiff(s)

vs.

Vincent J. Crandon

                    Defendant(s)

Case No.:    16-34616
Adv. No.:    17-1205
Chapter:     7
Judge:       John K. Sherwood

### ENTRY OF DEFAULT

It appearing that the following defendant(s) failed to plead or otherwise defend in this proceeding as required by law:

Vincent J. Crandon

THEREFORE, default is entered against said defendant(s) as authorized by Fed. R. Bank. P. 7055.

Date: July 6, 2017

JEANNE A. NAUGHTON, Clerk
BY: _____
Deputy Clerk

*rev.1/9/17*