Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Christine Crandon and Vincent J. Crandon
Debtor

Case No.: 16–34616–JKS
Chapter 7

Travis Roemmele
Plaintiff

v.

Vincent J. Crandon
Defendant

Adv. Proc. No. 17–01205–JKS                          Judge: John K. Sherwood

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on July 6, 2017, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 6 – 5
Entry of Default against Vincent J. Crandon (related document:5 Request to Enter Default filed by Plaintiff Travis Roemmele) The following parties were served: Plaintiff, Plaintiff's Attorney and Defendant. (zlh)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 6, 2017
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

Roemmele,
　　　Plaintiff

Adv. Proc. No. 17-01205-JKS

Crandon,
　　　Defendant

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Jul 06, 2017
                             Form ID: orderntc     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2017.
pla          +Travis Roemmele,    35 Caroline Avenue,   Pompton Plains, NJ 07444-2027
dft          +Vincent J. Crandon,   14 James Brite Circle,   Mahwah, NJ 07430-2527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

_____

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                          Signature:   /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2017 at the address(es) listed below:
          Scott  Sears   on behalf of Plaintiff Travis  Roemmele ssears@cgajlaw.com,  csarras@cgajlaw.com
                                                                    TOTAL: 1