UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

50 Walnut Street
Newark, NJ 07102

Order Filed on July 26, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Christine Crandon and Vincent J. Crandon

Travis Roemmele

                Plaintiff(s)

v.

Vincent J. Crandon

                Defendant(s)

Case No.: 16-34616

Adv. No.: 17-1205

Judge: John K. Sherwood

## ORDER TO FILE DEFAULT PAPERS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 26, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having been advised that the plaintiff in the above referenced adversary proceeding will be filing default papers as to the following defendant(s)_____
 Vincent J. Crandon                                                                                                                       ,
it is hereby

ORDERED that if a Request to Enter Default and/or Default Judgment regarding the defendant(s) named above is not filed within 30 days from the date of this order:

- ☑ the case may be dismissed for lack of prosecution, and may be closed without further order of the court.

- ❏ the complaint may be dismissed as to the above named defendant(s) only, without further order of the court.

**CAUTION: If you submit default papers after the case is closed you will be required to file a Motion to Reopen the case.**

*rev. 8/1/07*