Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Christine Crandon and Vincent J. Crandon
Debtor

                              Case No.: 16−34616−JKS
                              Chapter 7

Travis Roemmele
Plaintiff

v.

Vincent J. Crandon
Defendant

Adv. Proc. No. 17−01205−JKS                   Judge: John K. Sherwood

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on July 26, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 8
Order to File Default Judgment Papers. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/26/2017. Deadline to file default papers is 8/25/2017. (zlh)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 26, 2017
JAN: zlh

                                                                                                  Jeanne Naughton
                                                                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

Roemmele,
    Plaintiff

Crandon,
    Defendant

Adv. Proc. No. 17-01205-JKS

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 26, 2017
    Form ID: orderntc    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2017.
pla      +Travis Roemmele,    35 Caroline Avenue,    Pompton Plains, NJ 07444-2027
dft      +Vincent J. Crandon,    14 James Brite Circle,    Mahwah, NJ 07430-2527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2017 at the address(es) listed below:
     Scott Sears    on behalf of Plaintiff Travis Roemmele ssears@cgajlaw.com, csarras@cgajlaw.com
     TOTAL: 1