**CLEARY GIACOBBE ALFIERI JACOBS LLC**
169 Ramapo Valley Road
Upper Level 105
Oakland, New Jersey 07436
Tel: 973-845-6700
Fax: 201-644-7601
Scott A. Sears, Esq. (Attorney ID No. 164272015)
Attorneys for Creditor, Travis Roemmele

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: | : Case No.: 17-01205 |
|---|---|
| | : Lead Case No.: 16-34616 |
| CHRISTINE CRANDON | : Chapter: 7 |
| VINCENT CRANDON, | : |
| | : Judge: John K. Sherwood |
| Debtors | : |
| | : |
| TRAVIS ROEMMELE, | : **REQUEST FOR ENTRY OF** |
| | : **DEFAULT JUDGMENT** |
| Plaintiff, | : |
| v. | : |
| | : |
| VINCENT CRANDON, | : |
| | : |
| Defendant. | : |

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please enter upon the docket the default judgment of the defendant,

**VINCENT CRANDON**

in the above-entitled action for failure to plead or otherwise defend as provided by the Rules of Civil Practice or by an Order of this Court.

        CLEARY GIACOBBE ALFIERI JACOBS LLC
        *Attorneys for Plaintiff, Travis Roemmele*

        By: */s/ Scott A. Sears*
Dated: August 3, 2017      Scott A. Sears, Esq.