UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-1(b)

TRAVIS ROEMMELE,

Plaintiff,

v.

VINCENT CRANDON,

Defendant

In Re:
CHRISTINE CRANDON
VICTOR CRANDON

TRAVIS ROEMMELE,

Plaintiff,

vs.

VINCENT CRANDON,

Defendant.

Case No.:    16-34616
Adv. Pro. No.    17-01205
Hearing Date: _____
Judge:    John K. Sherwood

**DEFAULT JUDGMENT FOR A SUM CERTAIN**

The relief set forth on the following page is ORDERED.

Default having been entered against the following defendant(s):

VINCENT CRANDON

and for good cause shown,

JUDGMENT by default is entered as authorized by Fed. R. Bank. P. 7055 and Fed. R. Civ. P. 55(b)(1) is entered in the sum of $ _____$21,000.00_____ in favor of the plaintiff and against said defendant(s).

*Rev.8/1/15*