**CASHIER'S CHECK**

0067651 Office AU #  11-24 1210(8)

SERIAL #: 6765100440
ACCOUNT#: 4861-513562

Purchaser: **TRAVIS ROEMMELE**
Purchaser Account: **1010186776713**
Operator I.D.: **u206145**

PAY TO THE ORDER OF    ***2 AC ACQUISITION LLC ***

May 21, 2013

*** Twenty-one thousand dollars and no cents***

**$21,000.00**

WELLS FARGO BANK, N.A.
523 STATE ROUTE 23
POMPTON PLAINS, NJ 07444
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER – IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO BANK MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 21,000.00

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004   M4203   10399138