**CLEARY GIACOBBE ALFIERI JACOBS LLC**
169 Ramapo Valley Road
Upper Level 105
Oakland, New Jersey 07436
Tel: 973-845-6700
Fax: 201-644-7601
Scott A. Sears, Esq. (Attorney ID No. 164272015)
Attorneys for Creditor, Travis Roemmele

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Case No.:        17-01205 |
| | : | Lead Case No.: 16-34616 |
| CHRISTINE CRANDON | : | Chapter:        7 |
| VINCENT CRANDON, | : | |
| | : | Judge:    John K. Sherwood |
| Debtors | : | |
| | : | |
| TRAVIS ROEMMELE, | : | **CERTIFICATION IN SUPPORT OF** |
| | : | **DEFAULT JUDGMENT** |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| VINCENT CRANDON, | : | |
| | : | |
| Defendant. | : | |
| | : | |

1.  I, Scott A. Sears, Esq., am the attorney for the plaintiff in the above entitled action.  I am fully familiar with the matters set forth herein.  I make this certification in support of Plaintiff's request for the entry of default against VINCENT CRANDON.

2.  Pursuant to 50 App. U.S.C. § 521, Vincent Crandon is not active in military service (see Status Report Pursuant to Servicemembers Civil Relief Act at Exhibit A).

3.    Vincent Crandon is not an infant (<u>see</u> <u>Exhibit A</u>).

4.    To the best of my knowledge, Vincent Crandon is not an incompetent person.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


                         CLEARY GIACOBBE ALFIERI JACOBS LLC
                         *Attorneys for Plaintiff, Travis Roemmele*

                         By: */s/ Scott A. Sears*
Dated: August 3, 2017            Scott A. Sears, Esq.