# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Christine Crandon and Vincent J. Crandon | Case No.: 17-1205<br>Hearing Date: 08/29/2017<br>Chapter: 7<br>Judge: John K. Sherwood |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __John K. Sherwood__, United States Bankruptcy Judge.

**Reason for Hearing:** Proof Hearing: Request to Enter Default Judgment against Defendant - Vincent J. Crandon

**Location of Hearing:** Courtroom No. 3D
US Bankrutpcy Court
50 Walnut Street
Newark, New Jersey 07102

**Date and Time:** 08/29/2017 at 10:00am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: 08/04/2017

JEANNE A. NAUGHTON, Clerk

By: Edith Valentin
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on __08/04__, 20__17__ this notice was served on the following: Plantiff, Counsel for Plaintiff, Pro Se Defendant-Vincent J. Crandon

JEANNE A. NAUGHTON, Clerk

By: Edith Valentin
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

Roemmele,
    Plaintiff

Adv. Proc. No. 17-01205-JKS

Crandon,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin           Page 1 of 1        Date Rcvd: Aug 04, 2017
                        Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2017.
pla            +Travis Roemmele,    35 Caroline Avenue,    Pompton Plains, NJ 07444-2027
dft            +Vincent J. Crandon,    14 James Brite Circle,    Mahwah, NJ 07430-2527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2017 at the address(es) listed below:
        Scott   Sears    on behalf of Plaintiff Travis  Roemmele ssears@cgajlaw.com,   csarras@cgajlaw.com
                                                     TOTAL: 1