Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Christine Crandon and Vincent J. Crandon
Debtor

                                          Case No.: 16–34616–JKS
                                          Chapter 7

Travis Roemmele
Plaintiff

v.

Vincent J. Crandon
Defendant

Adv. Proc. No. 17–01205–JKS                     Judge: John K. Sherwood

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

      Please be advised that on September 18, 2017, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 13 – 10
Money Judgment in favor of Travis Roemmele and against Vincent Crandon in the amount of $ 21,000.00. (related document:10 Request to Enter Default Judgment filed by Plaintiff Travis Roemmele) . Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/18/2017. (zlh)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 18, 2017
JAN: zlh

                                                                                     Jeanne Naughton
                                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

Roemmele,
    Plaintiff

Adv. Proc. No. 17-01205-JKS

Crandon,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 18, 2017
                         Form ID: orderntc    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2017.
pla         +Travis Roemmele,   35 Caroline Avenue,   Pompton Plains, NJ 07444-2027
dft         +Vincent J. Crandon,   14 James Brite Circle,   Mahwah, NJ 07430-2527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2017 at the address(es) listed below:
         Scott   Sears   on behalf of Plaintiff Travis  Roemmele ssears@cgajlaw.com,   csarras@cgajlaw.com
                                                                                                     TOTAL: 1